■ F.W. SIMS, INC., Appellant, v T. MORIARTY & SON, INC., et al., Respondents, et al., Defendants. [696 NYS2d 453] —Judgment, Supreme Court, New York County (Martin Evans, J.H.O.), entered September 2, 1998, after a nonjury trial, which, to the extent appealed from, limited plaintiff's recovery of delay damages to the principal sum of $4,095, unanimously affirmed, without costs.

We agree with the trial court that "total cost" method of calculating construction delay damages (*see*, *Fehlhaber Corp. & Horn Constr. Co. v State of New York*, 69 AD2d 362, 368) was inapplicable under the particular circumstances of this case, and that plaintiff did not otherwise sufficiently prove

delay-caused labor costs by non-speculative evidence (*see*, *Mid-State Precast Sys. v Corbetta Constr. Co.*, 202 AD2d 702, 704, *lv dismissed* 84 NY2d 923, 86 NY2d 855). We have considered plaintiff's remaining arguments and find them unavailing. Concur—Sullivan, J. P., Nardelli, Tom, Mazzarelli and Friedman, JJ.